IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS L. WITHEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D14-1587

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed August 18, 2014.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Thomas L. Withey, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Lauren L. Brudnicki, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.